IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Donte Hill**, | Case No. 1:19-CV-00308 SJD |
| Plaintiff, | Judge Dlott |
| v. | **FIRST DECLARATION OF DANIEL HILS** |
| **City of Cincinnati, et al.,** | |
| Defendants. | |

I, hereby state that the following is true and accurate based on my personal knowledge and belief:

1. I am currently and have been for all times relevant hereto the President of the Queen City Fraternal Order of Police, Lodge No. 69 (hereinafter the "FOP").

2. Among my duties as President, I have primary responsibility for directing FOP counsel with regard to police discipline, grievances and arbitrations.

3. I am aware of and have personal knowledge regarding the suspensions and discipline imposed on Dennis Barnette and Donte Hill.

4. I testified in both arbitrations and I have reviewed the decisions of the arbitrators.

5. I have not authorized FOP Counsel to settle the grievances filed by the FOP regarding Dennis Barnette or Donte Hill without their approval.

6. I have reviewed the Settlement Agreements tendered by City of Cincinnati that purport to settle the grievances filed by the FOP regarding Dennis Barnette and Donte Hill.

7. I have not and would not agree to the terms of the Settlement Agreements referenced in the preceding paragraph without their approval.

8. I have not and would not authorize FOP counsel to take any action on behalf of the FOP that would affect Dennis Barnette's or Donte Hill's rights and/or claims in their pending federal cases.

9. The FOP attorney, Kim Rutowski, did not explain to me that when the 60 and 90 day periods of extended arbitrator jurisdiction expired the arbitrators' Decisions became final and binding against the City.

10. I did not authorize the FOP attorney, Kim Rutowski, to extend the arbitrator's continuing jurisdiction.

Pursuant to 28 U.S.C. §1746, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2020,

_____
Name

### CERTIFICATE OF SERVICE

I hereby certify that on 13 April 2020, a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. No copies of this filing are being mailed to any parties, as all parties are currently being served via the Court's electronic filing system and thereby may access this filing through that system.

/s/Zachary Gottesman
Zachary Gottesman (0058675)