IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DONTE HILL, | : | Case No.: 1:19-cv-308 |
| Plaintiff, | : | Judge Susan J. Dlott |
| -vs- | : | |
| | : | MEMORANDUM JOINING AND IN SUPPORT OF PLAINTIFF'S RENEWED MOTION TO CONFIRM |
| CITY OF CINCINNATI, et al., | : | |
| Defendants. | : | |

Defendant Fraternal Order of Police Queen City Lodge 69 ("FOP") submits this Memorandum Joining and in Support of Plaintiff's Renewed Motion to Confirm Arbitration Award. The FOP hereby supports and joins in the Renewed Motion to Confirm filed by Plaintiff on July 3, 2020.

                      Respectfully submitted,

                      /s/ Kimberly A. Rutowski
                      Kimberly A. Rutowski    (Ohio Reg. #0076653)
                      **Counsel for Defendant The Fraternal Order of Police, Lodge 69**
                      LAZARUS & LEWIS, LLC
                      915 Cincinnati Club Building
                      30 Garfield Place
                      Cincinnati, OH 45202-4322
                      (513) 721-7300

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Memorandum has been served by electronic case filing through the United States District Court, upon all counsel of record, this 17th day of September, 2020.

/s/ Kimberly A. Rutowski
Kimberly A. Rutowski