# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| DONTE HILL, | : | Case No. 1:19cv308 |
| Plaintiff, | : | District Judge Susan J. Dlott |
| -vs- | : | |
| CITY OF CINCINNATI, et al., | : | **NOTICE OF APPEAL** |
| Defendants. | : | |

Defendant Eliot Isaac appeals to the United States Court of Appeals for the Sixth Circuit from the Order of the United States District Court for the Southern District of Ohio dated November 29, 2021 (Docket No. 39) denying the public officials' entitlement to qualified immunity from suit.

Respectfully submitted.

**ANDREW W. GARTH (0088905)**
**City Solicitor**

*/s/ William C. Hicks*
William C. Hicks (0068565)
Emily Smart Woerner (0089349)
Assistant City Solicitor
801 Plum Street, Room 214
Cincinnati, Ohio 45202
Telephone: (513) 352-3329
Fax: (513) 352-1515
Email: William.Hicks@cincinnati-oh.gov
Email: Emily.Woerner@cincinnati-oh.gov
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 6, 2021, a true and accurate copy of the foregoing Motion for Summary Judgment was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties by certified mailed who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ William C. Hicks
    William C. Hicks (0068565)
    Sr. Assistant City Solicitor