# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| DONTE HILL, | : | CASE NO. 1:19-CV-308 |
| | : | |
| PLAINTIFF, | : | JUDGE SUSAN J. DLOTT |
| | : | |
| V. | : | JOINT STIPULATION OF |
| | : | DIMISSAL WITH PREJUDICE |
| CITY OF CINCINNATI, ET AL. | : | |
| | : | |
| DEFENDANTS. | : | |

_____

Pursuant to Rules 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate and agree that this case is dismissed WITH PREJUDICE, with Court costs being paid by Defendant, City of Cincinnati.

/s/ William C. Hicks
Emily Smart Woerner (0089349)
City Cincinnati
William S. Hicks (0068565)
Sr. Assistant City Solicitor
801 Plum Street, Room 214
Cincinnati, Ohio 45202
Telephone: (513) 352-3329
Fax: (513) 352-1515
Email: william.hicks@cincinnati-oh.gov
*Counsel for Defendants*

/s/ Zachary Gottesman
Zachary Gottesman (0058675)
Gottesman & Associates, LLC
404 East 12th Street, First Floor
Cincinnati, OH 45202
Telephone: 513-651-2121
Fax: (513) 586-0655
Email: zg@zgottesmanlaw.com
*Counsel for Plaintiff Donte Hill*

/s/ Christopher Wiest
Christopher Wiest (0077931)
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
Telephone: (513) 257-1895
Email: chris@cwiestlaw.com
*Counsel for Plaintiff Donte Hill*

/s/ Robert J. Thumann
Robert J. Thumann (0074975)
Crehan & Thumann, LLC
404 East 12th Street, Second Floor
Cincinnati, Ohio 45202
Telephone: (513) 381-5050
Email: thumann@ctlawcincinnati.com
*Counsel for Plaintiff Donte Hill*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that I electronically filed the foregoing on the 21st day of December, 2022, with the Clerk of the Court using CM/ECF system which will send notification of such filing to the parties.

<u>*/s/ William C. Hicks*</u>
William C. Hicks (0068565)